UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 01639
  AMANDA PORTER

                                       CHAPTER 13

                                       JUDGE: MANUEL BARBOSA

        Debtor
  SSN XXX-XX-1902

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

    1.  The case was filed on 01/31/07 and confirmed on 08/06/07.

    2.  The case was converted to Chapter 7 after confirmation, 10/15/2008.

    3.  The Debtor paid a total of $ 8363.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC | UNSECURED | 8595.57 | .00 | 2938.83 |
| RESURGENT CAPITAL SERVIC | UNSECURED - C | 274.80 | .00 | 274.80 |
| DISCOVER BANK | UNSECURED | 2559.93 | .00 | 875.24 |
| HERITAGE EMERGENCY PHYSI | UNSECURED | 202.00 | .00 | 69.07 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1618.14 | .00 | 553.24 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 766.65 | .00 | 262.11 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5977.40 | .00 | 2043.67 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 19719.69 | 274.80 | 19994.49 |
| PRINCIPAL PAID | .00 | .00 | 6742.16 | 274.80 | 7016.96 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 6742.16 | 274.80 | 7016.96 |

The Debtor's attorney, FOX VALLEY LEGAL GROUP          , was allowed $ 2500.00 and was paid $ 1500.00 direct and $ 1000.00 through the plan.

The Trustee received $ 346.04 .

Refunds to the Debtor totaled $ .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/12/09                    /S/
                          GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 01639 AMANDA PORTER